# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00647-CR

**Jerome David Pierce, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT OF SAN SABA COUNTY
### NO. 6841, HONORABLE BYRON THEODOSIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jerome David Pierce seeks to appeal from a judgment of conviction for possession of a controlled substance. Sentence was imposed on June 25, 2003. There was a timely motion for new trial. The deadline for perfecting appeal was therefore September 23, 2003. Tex. R. App. P. 26.2(a)(2). Notice of appeal was filed on October 30, 2003. Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

David Puryear, Justice

Before Justices Kidd, B. A. Smith and Puryear

Dismissed

Filed:   December 4, 2003

Do Not Publish